**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of New Jersey
                     (State)

Case number (*If known*): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                           12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☒ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

Peoplemover, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

N/A

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5. Debtor's address**

**Principal place of business**

305 Gordons Corner Road
Number    Street

_____

Manalapan        NJ    07726
City            State  ZIP Code

Monmouth
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____
City        State   ZIP Code

**Location of principal assets, if different from principal place of business**

83; 84; 90; 91; 92; 93 & 95 Bridge Plaza Drive
Number    Street

_____

Manalapan        NJ    07726
City            State  ZIP Code

Official Form 205                Involuntary Petition Against a Non-Individual                page 1

Debtor ___Peoplemover, LLC_____    Case number (*if known*)_____
           Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | N/A _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☐ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☐ No<br>☒ Yes. Debtor __Re-Hold, Inc._____ Relationship __affiliate_____<br>District __New Jersey_____ Date filed __to be filed on 06/23/2023__ Case number, if known_____<br>MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known_____<br>MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Peoplemover, LLC
Name

Case number (if known)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Bridge Plaza Condominium Association, Inc., a New Jersey Nonprofit Corporation | Condominium Assessments | $ $20,000.00 |
|  |  | $ |
|  |  | $ |
|  | Total of petitioners' claims | $ $228,766.99 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Bridge Plaza Condominium Association, Inc., a NJ Nonprofit Corporation
Name
c/o Cedarcrest Property Management
91 Clinton Road, Suite 2D
Number    Street
Fairfield         NJ          07004
City             State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dr. Marc Feingold, MD, Board President of
Name  Bridge Plaza Condominium Association, Inc.
420 Bridge Plaza Drive
Number    Street
Manalapan        New Jersey    07726
City             State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/23/2023
            MM / DD / YYYY

X  /s/ Marc Feingold  6/23/2023
Signature of petitioner or representative, including representative's title

**Attorneys**

Daniel W. Heinkel, Esq.
Printed name
Heinkel Law LLC
Firm name, if any
PO Box 1345
Number    Street
West Caldwell    NJ    07007
City             State ZIP Code

Contact phone  973-784-2088   Email  daniel@heinkellaw.com

Bar number   #116372015

State    New Jersey

X  /s/ Daniel W. Heinkel
Signature of attorney

Date signed  06/23/2023
             MM / DD / YYYY

Official Form 205    Involuntary Petition Against a Non-Individual    page 3

Debtor _____    Case number (*if known*)_____
       Name

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                                           State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                                           State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
               MM  /  DD  /  YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                                                          State           ZIP Code

Contact phone  _____    Email _____

Bar number   _____

State            _____

✗ _____
Signature of attorney

Date signed    _____
                MM  /  DD  /  YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                                           State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                                           State           ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
               MM  /  DD  /  YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____  _____  _____
City                                                          State           ZIP Code

Contact phone  _____    Email _____

Bar number   _____

State            _____

✗ _____
Signature of attorney

Date signed    _____
                MM  /  DD  /  YYYY